**PETERSON BUILDERS, INC., Plaintiff,**

v.

**The UNITED STATES, Defendant.**

**No. 91–1406C.**

United States Court of Federal Claims.

Oct. 14, 1994.

Maurice J. Mountain, McLean, VA, attorney of record for plaintiff; Maurice J. Mountain, and Barton, Mountain & Tolle, of counsel.

George M. Beasley, III, Washington, DC, with whom was Asst. Atty. Gen. Frank W. Hunger, for defendant; David M. Cohen and Robert E. Lieblich, of counsel.

### ORDER

Upon plaintiff's motion for reconsideration filed on August 22, 1994, the court has reexamined its previous decision granting defendant summary judgment as to Count I of this case. *See Peterson Builders, Inc. v. United States,* 31 Fed.Cl. 650 (1994). Defendant filed its opposition to plaintiff's motion for reconsideration on September 15, 1994. After careful review of all the pleadings, the court determines that a trial is necessary to facilitate the "full ventilation of the facts." *Philadelphia Suburban Corp. v. United States,* 217 Ct.Cl. 705, 707, 1978 WL 8442, at *2 (1978). Therefore, plaintiff's motion for reconsideration is granted. The opinion, *Peterson Builders, Inc. v. United States,* 31 Fed.Cl. 650 (1994), filed August 8, 1994, is hereby withdrawn.

The parties are directed to file a pretrial schedule by December 2, 1994, pursuant to Appendix G of the Rules of this court.

IT IS SO ORDERED.